# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CHRISTINA MOJICA BORJAS,**<br><br>Plaintiff,<br><br>v.<br><br>**EL OTRO PUERTO RICO, INC.; and**<br><br>**JEROHIM ALONSO MENCHACA ORTIZ,**<br><br>Defendants. | Civil No. 3:26-cv-01337-SCC<br><br><br>Re: Sexual Harassment (Quid Pro Quo and Hostile Work Environment); Gender Discrimination; Retaliation; Unjust Dismissal; Workplace Harassment; Damages |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW the undersigned attorney, Miguel Francisco Marrero Sánchez, USDC-PR No. 304602, and respectfully states and prays as follows:

1. The undersigned attorney hereby respectfully enters an appearance as counsel of record for codefendants El Otro Puerto Rico and Jerohim Alonso Ortiz Menchaca in the above-captioned case.

2. The undersigned requests that the Clerk of Court and all parties include the following contact information in the service list for all filings, orders, notices, and other documents related to this case.

3. The mailing address, phone, and email address of the undersigned attorney are provided at the end of this notice.

1

4.  It is respectfully requested that the undersigned attorney be granted leave to appear in representation of El Otro Puerto Rico and Jerohim Alonso Ortiz Menchaca and be included in the notifications of the Court.

WHEREFORE, the undersigned respectfully requests this Honorable Court to enter the appearance of the undersigned attorney as counsel of record for codefendants El Otro Puerto Rico and Jerohim Alonso Ortiz Menchaca. It is further requested to include the undersigned in the notifications of the Court and in any communications from the attorneys of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 23th day of July, 2026.

*s/MIGUEL FRANCISCO MARRERO SÁNCHEZ*
**MIGUEL FRANCISCO MARRERO SÁNCHEZ**
USDC-PR No. 304602
PO BOX 13411
San Juan, PR 00908
Tel. (787) 210-7095
Email: miguel.marrero.law@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

2