# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CHRISTINA MÓJICA BORJAS,** <br><br> Plaintiff, <br><br> v. <br><br> **EL OTRO PUERTO RICO, INC.; and** <br><br> **JEROHIM ALONSO ORTIZ MENCHACA,** <br><br> Defendants. | Civil No. 3:26-cv-01337-SCC |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND
## FED. R. CIV. P. 7.1(a)(2) CITIZENSHIP DISCLOSURE STATEMENT

TO THE HONORABLE COURT:

Defendants El Otro Puerto Rico, Inc. ("EOPR") and Jerohim Alonso Ortiz Menchaca ("Ortiz Menchaca," and together with EOPR, "Defendants"), through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, respectfully submit this Corporate Disclosure Statement and Citizenship Disclosure Statement in connection with their first appearance in this action, and state as follows:

**I. CORPORATE DISCLOSURE STATEMENT — FED. R. CIV. P. 7.1(a)(1)**

1. Defendant El Otro Puerto Rico, Inc. is a nongovernmental, not-for-profit corporation organized and existing under the laws of the Commonwealth of Puerto Rico.

2. EOPR has no parent corporation. As a not-for-profit corporation, EOPR has no stock and, accordingly, no publicly held corporation owns ten percent (10%) or more of any stock in EOPR.

## II. CITIZENSHIP DISCLOSURE STATEMENT — FED. R. CIV. P. 7.1(a)(2)

This action was filed on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a). Pursuant to Fed. R. Civ. P. 7.1(a)(2), Defendants disclose the name and citizenship of every individual or entity whose citizenship is attributed to them, as follows:

3. Defendant El Otro Puerto Rico, Inc. is a corporation organized and existing under the laws of, and with its principal place of business in, the Commonwealth of Puerto Rico. Pursuant to 28 U.S.C. § 1332(c)(1), EOPR is a citizen of the Commonwealth of Puerto Rico.

4. Defendant Jerohim Alonso Ortiz Menchaca is a natural person who is domiciled in, and a citizen of, the Commonwealth of Puerto Rico.

5. Defendants reserve the right to supplement this disclosure statement pursuant to Fed. R. Civ. P. 7.1(b)(2) should any event occur that requires a determination of citizenship as it exists at a time after this filing, and expressly reserve all arguments raised in their contemporaneously filed Motion to Dismiss regarding the absence of complete diversity of citizenship between the parties, including their position that Plaintiff has not established a bona fide change of domicile away from the Commonwealth of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 23rd day of July, 2026.

*s/MIGUEL FRANCISCO MARRERO SÁNCHEZ*

**MIGUEL FRANCISCO MARRERO SÁNCHEZ**
USDC-PR No. 304602
PO BOX 13411
San Juan, PR 00908
Tel. (787) 210-7095

Email: miguel.marrero.law@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.